83,472-01

To: Abel Acosta, Clerk.                                    7/13/2015
This is for a Change of Address.
I Kenneth W. Groves #: TDCJ#924274 Tr. Ct. No.
C-010472-F9905390-A                WR-83,472-01
I am no longer on the Beto 1 Unit.
I am on the Telford Unit. Address: 3899 State Hwy
98. New Boston, Texas  75570.


On this day 7/13/2015 I recieve the notic that my
11.07 writ of Habeas Corpus has been received and
presented to the Court.

                                 Abel Acosta, Clerk.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 17 2015

Abel Acosta, Clerk